Probation Form No. 35  
(1/92)

Report and Order Terminating Probation /  
Supervised Release  
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT**  
for the  
**Northern District of Florida**

UNITED STATES OF AMERICA

V                                                                                   Crim. No. 3:01CR73-001/RV

CYNTHIA ANN FILLINGIM

    On October 24, 2001, the above named was sentenced to a period of four (4) years supervised release. She has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Cynthia Ann Fillingim be discharged from supervised release.

Respectfully submitted,

_____  
Russell A. Szafran  
U.S. Probation Officer

**ORDER OF THE COURT**

    Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this ____29____ day of ____November____, 2006.

_____  
Roger Vinson  
Senior U.S. District Judge

06 NOV 29 PM 2:15

FILED